IRIS MIRIAM RUIZ CLASS, MARÍA DE LOURDES RAMOS RIVERA, FRANCISCO GONZÁLEZ RODRÍGUEZ, CARLOS JUAN MÉNDEZ NÚÑEZ y ÁNGEL BULERÍN RAMOS, peticionarios, *v.* COMISIÓN ESTATAL DE ELECCIONES, compuesta por su presidente, AURELIO GRACIA MORALES, y sus comisionados THOMAS RIVERA SCHATZ, GERARDO ANTONIO CRUZ MALDONADO y JUAN DALMAU RAMÍREZ, y ROBERTO SÁNCHEZ RAMOS, SECRETARIO DE JUSTICIA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, demandados.

*Número:* MD-2005-5          *Resuelto:* 1 de julio de 2005

*Augusto C. Sánchez Fuentes*, abogado de la parte peticionaria.

## RESOLUCIÓN

Examinada la Petición de *Mandamus* presentada por los peticionarios, *no ha lugar.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri emitió un voto disidente.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*

— O —

Voto disidente del Juez Asociado Señor Fuster Berlingeri.

Aunque la petición de *mandamus* sobre el Referéndum de 10 de julio de 2005 no está debidamente formulada, sí plantea una cuestión legítima sobre la validez de una con-

sulta electoral que ha de costar *millones de dólares de fondos públicos.*

Si el electorado en el referéndum favorece crear una Legislatura *unicameral,* como bien tiene derecho a hacer, surgiría, sin embargo, la cuestión de *si la actual Asamblea Legislativa estaría obligada o no a obedecer dicho mandato electoral.* No sólo los legisladores peticionarios cuestionan la validez del *referéndum,* sino que, además, como se sabe, los presidentes de ambas Cámaras Legislativas han indicado ya que no acatarán su resultado, de lo cual podemos tomar conocimiento judicial.

Aunque resolver ese asunto ahora es técnicamente *prematuro* —y de ordinario procedería que deneguemos el recurso— yo obviaría esa dificultad y excepcionalmente atendería el asunto ya. Así dejaríamos claramente establecido una de dos cosas: (1) que la Asamblea Legislativa está obligada por el resultado del *referéndum,* o (2) que no lo está, en cuyo caso no debe celebrarse para evitar el malgasto de millones de dólares en lo que sería un mero concurso de simpatías.

El asunto volverá ante este Foro, en su día. Yo lo hubiera resuelto ahora, expidiendo el recurso solicitado.